IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GALE RACHUY,

    Plaintiff,

v.

CITY OF SUPERIOR, WISCONSIN;
CITY OF DULUTH, MINNESOTA;
CORY HANSON, City of Superior
Wisconsin Police Officer; MICHAEL
JASZCZAK, City of Superior Wisconsin
Police Detective; JEANINE PAULY, City of
Duluth Police Officer; DAVE ROSE and
TED NOLEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-639-slc

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case without prejudice for lack of subject matter jurisdiction.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

12/1/09
Date